UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-10898-DFM | Date: | September 14, 2026 |
| Title | Rayvohn Wallace v. Maverick Work, Wear, Inc. | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

On August 7, 2026, the Court issued an Order granting Defendant Maverick Work, Wear, Inc.'s Motion to Dismiss. See Dkt. 20. The Court directed that "[s]hould Plaintiff choose to amend his complaint, he must do so within twenty-one (21) days." Id.

Plaintiff's deadline to file a First Amended Complaint expired on August 28, 2026. As of the date of this Order, Plaintiff has not filed a First Amended Complaint, requested an extension of time in which to do so, or otherwise responded to the Court's August 7, 2026 Order.

A district court may dismiss an action for failure to prosecute. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-31 (1962).

Plaintiff is **ORDERED TO SHOW CAUSE**, in writing and no later than fourteen (14) days from the date of this Order, why this action should not be dismissed for failure to prosecute. The timely filing of a First Amended Complaint within the fourteen-day period will discharge this Order to Show Cause, and no separate written response will be required. Alternatively, Plaintiff may file a written response setting forth good cause why this action should not be dismissed.

Plaintiff is cautioned that the failure to file either a First Amended Complaint or a written response within the time permitted will be deemed consent to dismissal of this action and will result in dismissal of this action without further notice. See L.R. 7-12.