JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| RAYVOHN WALLACE,<br>Plaintiff,<br>v.<br>MAVERICK WORK, WEAR, INC.,<br>Defendant. | Case No. 2:25-cv-10898-DFM<br><br>JUDGMENT |

This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Date: October 14, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge